# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRENT HERRMANN,** | ) | Civil Action No. 2:12-cv-1076 |
| | ) | |
| Plaintiff, | ) | Section "B" (2) |
| | ) | |
| v. | ) | JUDGE IVAN L.R. LEMELLE |
| | ) | |
| **GUARDIAN HOME HEALTH CARE OF LOUISIANA** | ) | MAG. JOSEPH C. WILKINSON, JR. |
| | ) | |
| Defendant. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Brent Herrmann, and Defendant, Guardian Home Health Care of Louisiana, Inc., who represent that they have settled the claims between them. With respect to the FLSA claim, the parties have reached a private compromise pursuant to *Martin v. Spring Break '83 Prod., LLC*, 688 F.3d 247, 254-56 (5th Cir. 2012). The parties respectfully request that the claims set forth in the Complaint be dismissed with prejudice, and each party to bear its own costs.

Respectfully submitted:

*/s/ Luz M. Molina*
LUZ M. MOLINA (#9539))
Stuart H. Smith Law Clinic and
Center for Social Justice
7214 St. Charles Avenue, Campus Box 902
New Orleans, LA  70118
Telephone: (504) 861-5598
Facsimile: (504) 861-5532
*Counsel for Plaintiff*

-and

/s/ Laurie Briggs Young
Laurie Briggs Young, T.A. (#20720)
**ADAMS AND REESE LLP**
701 Poydras Street, Ste. 4500
New Orleans, Louisiana 70139
Phone:  (504) 585-0118
Facsimile: (504) 566-0210
E-mail: laurie.young@arlaw.com
*Counsel for Guardian Home Health Care of Louisiana, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record *via* Notice of Electronic Filing, e-mail, fax and/or by placing the same in the United States mail, postage prepaid and properly addressed, this 27 day of February, 2013.

/s/ Luz M. Molina
**Luz M. Molina**