UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRENT HERRMANN** | **Civil Action** |
| **v.** | NO. 12-1076 |
| **GUARDIAN HOME HEALTH CARE OF LOUISIANA** | SECTION "B"(2) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that the foregoing Joint Motion to Dismiss with Prejudice (Rec. Doc. No. 15) is **GRANTED,** each party to bear their own costs.

New Orleans, Louisiana, this 11th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE